## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**AQUACAL, INC.,**

    **Plaintiff,**

**v.**                                               **Case No.  8:06-cv-1114-T-30TGW**

**DAVID J. RYBACKI, TIMOTHY W.**
**HART, and MARK COLEMAN,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Before the Court is the Petitioner's Notice of Settlement (Dkt. #10) and Joint Stipulation of Dismissal With Prejudice (Dkt. #11).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

2.    All pending motions are denied as moot.

3.    The Status Conference scheduled for November 1, 2006, at 9:15 a.m. is CANCELLED.

4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 31, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1114.dismissal 10.wpd